**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 18, 2015

Hon. Bennett Stahl
One Riverwalk Place, Suite 1800
700 N. St. Mary's Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Jonathan Pauerstein
755 E Mulberry Ave, Suite 200
San Antonio, TX 78212-4285
* DELIVERED VIA E-MAIL *

Hon. Steven J. Pawlowski
Shackelford, Melton & McKinley, LLP
3333 Lee Parkway, Tenth Floor
Dallas, TX 75231
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00713-CV
Tr.Ct.No. 45,434
Style:   Arcturus Corporation v. Espada Operating, LLC, Bengal Energy, L.P., Lee
         Roy Billington, Rodney Rolston and Mitchell K. Michelson

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.